IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM ALLEN WHITLOW,
     Plaintiff,
v.                                 CASE NO. 5:16-cv-263-MP-GRJ

LARRY SAMPLES, et al.,
     Defendant.
_____/

## **REPORT AND RECOMMENDATION**

The Court ordered Plaintiff to file an Amended Complaint and a completed Prisoner Consent and Financial Certificate, together with a certified copy of his six-month account statement, on or before November 16, 2016.  Plaintiff was warned that failure to comply would result in a recommendation that this case be dismissed without further notice.  As of this date, Plaintiff has failed to comply.

It is therefore respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida, on the 21st day of November 2016.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**