IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM ALLEN WHITLOW,

    Plaintiff,

v.                                        CASE NO. 5:16-cv-00263-MP-GRJ

LARRY SAMPLES, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 21, 2016. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 8. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 7, is adopted and incorporated by reference in this order.

2.     The clerk is directed to enter the following judgment: "This case is **DISMISSED** for failure to prosecute and failure to comply with an order of the Court."

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this *21st* day of December, 2016

                                                *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge